# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| RENEAU, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE, *et al.*, <br><br> Defendants. | CASE NO. 1:16-cv-00966-TSC <br><br> **JOINT STATUS REPORT AND MOTION FOR BRIEFING SCHEDULE** <br><br> Honorable Tanya S. Chutkan |

Defendants United States Fish and Wildlife Service ("FWS") and Acting Director of the Fish and Wildlife Service, Greg Sheehan,[1] and plaintiffs by and through their undersigned counsel, submit this joint status report in accordance with the Court's order of May 17, 2017. The parties have completed their settlement negotiations and have reached a tentative settlement agreement. Before the filing of this joint status report, the parties' tentative settlement agreement reached the final stage of approval by Environment and Natural Resources Division management. The parties wish to remain in a settlement posture while the tentative settlement agreement undergoes final review. The parties propose the United States file a status report on February 11, 2018 apprising the Court of the status of final approval for the tentative settlement, if necessary. Additionally, the parties propose, if applicable, that the Federal Defendants will file its opposition and cross-motion to Plaintiffs' motion for summary judgment 21 days after ENRD management's final decision on the parties' settlement and a determination by the parties that settlement cannot be reached. Plaintiffs shall file their reply and opposition 14 days thereafter.

---

[1] New official is substituted for his predecessor pursuant to Fed. R. Civ. P. 25(d).

The United States will file a reply 14 days thereafter. Federal Defendants reserve the right to object to Plaintiffs' request for attorneys' fees and expenses if the parties resume briefing.

A proposed order accompanies this report and motion.

Respectfully submitted this 11th day of January 2018.

                                          JEFFREY H. WOOD
                                          Acting Assistant Attorney General
                                          Environment & Natural Resources Division

/s/*Tanya C. Nesbitt*
Tanya C. Nesbitt
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
Tel:    (202) 305-0457
Fax:   (202) 305-0506
E-mail:  tanya.nesbitt2@usdoj.gov

*Attorney for Defendants*

/s/ Paula Dinerstein
Paula Dinerstein (DC Bar No. 333971)
Public Employee for Environmental Responsibility
962 Wayne Avenue, Suite 610
Silver Spring, MD  20910
(202) 265-7337
pdinerstein@peer.org

*Attorney for Plaintiffs*