# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SUSAN RENEAU**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 16 -cv- 966 (TSC) |
| **UNITED STATES FISH AND WILDLIFE SERVICE et al.**, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL

The parties' Joint Motion to Dismiss (ECF No. 50) is hereby GRANTED. The Settlement Agreement filed by the parties is hereby adopted and this action is hereby dismissed without prejudice.

Date:  January 27, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

1